

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00857-CV

**IN THE INTEREST OF B.V.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00239
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the decree of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED July 17, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice